1  **RIZIO LIPINSKY HEITING, P.C.**
   DAREN H. LIPINSKY, State Bar No. 190955
2  GREGORY G. RIZIO, State Bar No. 157008
   5811 Pine Avenue, Suite A
3  Chino Hills, CA 91809
   Telephone: (909) 885-8090
4  Facsimile: (909) 597-6199

5  **AEGIS LAW FIRM, PC**
   SAMUEL A. WONG, State Bar No. 217104
6  ALI S. CARLSEN, State Bar No. 289964
   9811 Irvine Center Drive, Suite 100
7  Irvine, California 92618
   Telephone: (949) 379-6250
8  Facsimile: (949) 379-6251

9  Attorneys for Plaintiff, WILLIAM KATAFIAS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KATAFIAS, an individual, | CASE NO.: 8:25-cv-00494-SRM-KES |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM; OFFICE OF THE COMPTROLLER OF THE CURRENCY; FEDERAL DEPOSIT INSURANCE CORPORATION, | |
| Defendants. | |

-1-
**NOTICE OF VOLUNTARY DISMISSAL**

1   NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff, WILLIAM KATAFIAS, voluntarily dismisses the above-captioned action in its entirety, without prejudice.

Dated: May 7, 2025

**RIZIO LIPINSKY HEITING, P.C.**

DAREN H. LIPINSKY
Attorney for Plaintiff,
WILLIAM KATAFIAS

-2-
**NOTICE OF VOLUNTARY DISMISSAL**

# **PROOF OF SERVICE**

UNITED STATES OF AMERICA  )
                          ) ss.
STATE OF CALIFORNIA       )

      I am a resident of the State of California, County of San Bernardino. I am over the age of eighteen and not a party to the within action. My business address is 5811 Pine Avenue, Suite A, Chino Hills, California 91709.

      On May 7, 2025, I served on the interested parties in this action the within document(s) entitled:

### **NOTICE OF VOLUNTARY DISMISSAL**

[ ]  **BY FAX: (C.C.P. § 1013(a), (e); CRC 2008)** - by transmitting via electronic facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.; I also caused the fax machine to print such record(s) of the transmission.

[X]  **BY MAIL: (C.C.P. § 1013(a))** - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Chino Hills, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **BY PERSONAL SERVICE** - I personally delivered such envelope to the offices of the addressee.

[ ]  **BY OVERNIGHT MAIL (C.C.P. § 1013(c))** - By FEDERAL EXPRESS, following ordinary business practices for collection and processing of correspondence with said overnight mail service and said envelope(s) will be deposited with said overnight mail service on said date in the ordinary course of business.

[ ]  **BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED** - By placing true copy(ies) thereof in sealed envelope(s) with Certified Mail,

-3-

**NOTICE OF VOLUNTARY DISMISSAL**

Return Receipt Requested, postage thereon fully prepaid and by causing such envelope(s) to be deposited in the mail at 5811 Pine Avenue, Suite A, Chino Hills, California 91709.

[X]  **BY ELECTRONIC SERVICE (C.C.P. § 1010.6(a)(6))** - the parties listed below were served electronically with the document(s) listed above by e-mailed PDF files. The transmission was reported as complete and without error. My electronic notification address is 5811 Pine Avenue, Suite A, Chino Hills, California 91709. My e-mail address is msambrano@riziolawfirm.com.

| **Defendant, Office of the Comptroller of the Currency** | **Defendant, Federal Deposit Insurance Corporation** |
|---|---|
| Office of the Comptroller of the Currency<br>700 7th Street S.W.<br>Washington, DC 20219 | Federal Deposit Insurance Corporation<br>CT Corporation c/o<br>330 N. Brand Boulevard, Suite 700<br>Glendale, CA 91203-2336<br>CourtesyCopy@FDIC.gov<br>oagserviceofprocess@dc.gov<br>USADServiceCivil@usdoj.gov<br><br>Civil Process Clerk at the U.S. Attorney's Office<br>300 N. Los Angeles Street, Suite 7516<br>Los Angeles, CA 90012 |
| **Board of Governors of the Federal Reserve System**<br>Board of Governors of the Federal Reserve System<br>20th Street & Constitution Avenue NW<br>Washington, DC 20551<br><br>Civil Process Clerk at the U.S. Attorney's Office<br>300 N. Los Angeles Street, Suite 7516<br>Los Angeles, CA 90012 | |

-4-

**NOTICE OF VOLUNTARY DISMISSAL**

[ ]  **STATE:** I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

[X]  **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.

Executed on May 7, 2025, at Chino Hills, California.

_____
MARY ELLEN SAMBRANO

-5-
**NOTICE OF VOLUNTARY DISMISSAL**